**JOHN F. RYAN COUNSELOR AT LAW**
**ATTORNEYS FOR PLAINTIFF**
**320 8ᵀᴴ AVENUE, SUITE 2R**
**BROOKLYN, NEW YORK 11215**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

        Plaintiffs,

vs.

KUEHNE+NAGEL INC. d/b/a BLUE ANCHOR
AMERICA LINE, AND YANG MING MARINE
TRANSPORT CORP.

        Defendants.

_____X/

Case No.

COMPLAINT

## COMPLAINT

NOW COMES Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, by its counsel John F. Ryan Counselor At Law, and complaining of the Defendants, :

1.  Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA at all relevant times, was  Marine Cargo Underwriter and Insurance Companies with offices and  place of businesses as set out in schedules A-C which are appended hereto and hereby incorporated by reference and made a part hereof.  That Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA Plaintiff is

fully subrogated insurer of the shippers, consignees, and/or receivers of the shipments described in schedules A-C and/or persons with a propriety interest in the shipments described in Schedules A-C , and/or a person owning , holding or entitled to possession of the shipments or bills of lading or waybills described in Schedules A-C, and/or a person who is a «merchant» as defined in the bills of lading or waybills described in Schedules A-C, and/or someone acting on behalf of any of the aforementioned persons (collectively referred to herein as «merchants») and brings this action on their own behalf and as trustee on behalf of and for the interest of all parties who may be or become interested in the shipments, as their respective interests may ultimately appear, and Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA is entitled to maintain this action.

2. Defendants, Kuehne+Nagel Inc., d/b/a Blue Anchor America Line, and Yang Ming Marine Transport Corp. had and now have the legal status and offices and places of business stated in schedules A-C and were and now are engaged in business as common carrier of goods by sea for hire and or as an ocean transportation intermediary.

3. Each Defendant, at all relevant times, held itself out to be and acted as a common carrier and/or a non-vessel owning common carrier engaged in the carriage of goods to and from a port in the United States of America and/or as an ocean transportation intermediary.

4. This is an action within the admiralty and maritime jurisdiction of this Court as contemplated by 28 U.S.C. Sect. 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

5. This matter is properly before this Court based upon the forum selection clause contained in the General Terms and Conditions incorporated in the bills of lading issued by each of the named defendants.

6. Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA is in the business to, among other things, issue marine insurance policies to provide insurance coverage for damages to shipments of merchandise while in transit, including shipments like those identified in schedules A-C.  That the insured identified in schedules A-C  presented to plaintiffs  claims for the damages described in this complaint to the cargo and shipments identified in schedules A-C. The Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA was obligated under the terms of the insurance policy issued by plaintiff to pay and they did pay the claims presented by their insureds less any applicable deductible and other costs. After payment of said claims Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA became and is now entitled to bring these claims in this  action as subrogated underwriters and do bring them  on their own behalf as well as on behalf of their insureds  as their interest may appear, in the amount of  $623,292.00

7. That on or about the dates set forth in Schedules A-C these  defendants issued bills of lading  for the described shipments, including containers nos. and the ports of loading and discharge as well as the place of delivery as set forth in schedules A-C.

8. That the shipments described in schedules A-C were in good order and condition when delivered to the defendants named in schedules A-C and when loaded on board the vessel named in schedules A-C.

9. That on, about and or after  November 30, 2020 the defendants identified in schedules A-C or their agents failed to deliver to plaintiffs or their agents the full

3

shipments described in schedules A-C, identified in the referenced bills of lading in good order and condition and failed to deliver the identified cargo or delivered it in a damaged condition.

10. That on, about or after November 30, 2020 these defendants were on notice that the shipments would not be delivered in the same good order and condition as received by defendants but in a damaged condition and that plaintiffs' damages were in the amount of $623,292.00 and that it was defendants' legal obligation to pay those damages.

11. That defendants were legally obligated to care for and protect plaintiffs' and/or assureds shipments as described in Schedules A-C during the transit identified on the referenced bills of lading, and to deliver the shipments in the same good order and condition as when the shipments were received by defendants, and that defendants failed to protect plaintiffs' shipments as described in schedules A-C during the referenced voyage. As a result of defendants' breach of contract and negligence plaintiffs have suffered damages in the amount of $623,292.00 plus costs and interest.

12. To date, defendants have failed to make any payments to plaintiffs for the damages suffered as a result of defendants' breach of maritime contract and or negligence.

13. In addition to the above amount of $623,292.00 plaintiff is entitled to interest, costs and fees in amounts which will be proved at trial.

**WHEREFORE,** Plaintiff pray as follows:

A. For Judgment on all causes of action in favor of Plaintiff and against Defendants awarding Plaintiff damages in an amount to be determined at trial;

And

B. For such other and further relief as the Court deems just and proper under the circumstances, together with costs and disbursements of this action.

Date: November 30, 2021

JOHN F RYAN COUNSELOR AT LAW

John Francis Ryan

Attorney for Plaintiff

320 8th Avenue, Suite 2R

Brooklyn, NY 11215

Telephone: (718) 378-7620

Johnfryan661@gmail.com

5

# SCHEDULE A

**Plaintiff's Legal Status and Office and Place of Business:**

Plaintiff   National Union Fire Insurance Company of  Pittsburgh, PA  was and is a Marine Cargo Underwriter and Insurance Company and business entity duly organized and existing under and by virtue of the laws of  the State of New York  with an office and place of business at 175 Water Street, New York, NY 10038.

**Defendant's Legal Status and Place of Business:**

Defendant  Kuehne+Nagel, Inc. d/b/a Blue Anchor America Line was and is a business entity duly organized and existing under and by virtue of the laws of  New Jersey  with an office and place of business at 10 Exchange Place, 19th Floor, Jersey City, NJ 07302

| | |
|---|---|
| **Plaintiff:** | National Union Fire Insurance Company of  Pittsburgh, PA |
| **Defendant /Carrier:** | Kuehne+Nagel, Inc. d/b/a Blue Anchor America Line |
| **Bill of Lading/Waybill No.:** | BANQLCH1790623 4812-0382-010.014 |
| **Container No(s).:** | TCNU7109827 |
| **Consignee:** | Adient US LLC FUTURIS AUTOMOTIVE. |
| **Place of Receipt:** | Laem Chabang, Thailand |
| **Port of Loading:** | Laem Chabang, Thailand |
| **Port of Discharge:** | Oakland, CA |
| **Port of Delivery:** | Oakland, CA |
| **Vessel/Voyage:** | M/V ONE APUS 006E |
| **Date of Shipment:** | 10.11.2020 |
| **Description of Goods:** | Frame Assy RSB EU NCP RH |
| **Nature of Loss:** | Non-delivery and/or physical or damage |
| **Amount of Loss:** | $187,100.00 |

# SCHEDULE B

**Plaintiff's Legal Status and Office and Place of Business:**

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA was and is a Marine Cargo Underwriter and Insurance Company and business entity duly organized and existing under and by virtue of the laws of the State of New York with an office and place of business at 175 Water Street, New York, NY 10038.

**Defendants Legal Status and Place of Business:**

Defendant Yang Ming Marine Transportation Corp. was and is a business entity duly organized and existing under and by virtue of the Taiwan, with an office and place of business at One Newark Center 1085 Raymond Boulevard, 9th Floor, Newark NJ 07102.

| | |
|---|---|
| **Plaintiff:** | National Union Fire Insurance Company of Pittsburgh, |
| **Defendants /Carriers:** | Yang Ming Marine Transportation Corp. |
| **Bills of Lading/Waybill No.:** | YMLUW488029738 |
| **Container No(s).:** | YMMU6205582 ,SEGU4591106,TCNU1885720 and CAIU7693043 |
| **Consignee:** | Electrolux Major Appliance, North America |
| **Place of Receipt:** | Laem Chabang, Thailand |
| **Port of Loading:** | Laem Chabang, Thailand |
| **Port of Discharge:** | Long Beach, CA |
| **Port of Delivery:** | Fontana, CA |
| **Vessel/Voyage:** | M/V ONE APUS 006E |
| **Date of Shipment:** | 10/11/2020 |
| **Description of Goods:** | Refrigerators |
| **Nature of Loss:** | Non-delivery and/or physical or damage |
| **Amount of Loss:** | $240,000.00 |

# SCHEDULE C

**Plaintiff's Legal Status and Office and Place of Business:**

Plaintiff   National Union Fire Insurance Company of  Pittsburgh, PA  was and is a Marine Cargo Underwriter and Insurance Company and business entity duly organized and existing under and by virtue of the laws of  the State of New York  with an office and place of business at 175 Water Street, New York, NY 10038.

**Defendant's Legal Status and Place of Business:**

Defendant  Kuehne+Nagel, Inc. d/b/a Blue Anchor America Line was and is a business entity duly organized and existing under and by virtue of the laws of  New Jersey  with an office and place of business at 10 Exchange Place, 19th Floor, Jersey City, NJ 07302

| | |
|---|---|
| **Plaintiff:** | National Union Fire Insurance Company of  Pittsburgh, PA |
| **Defendant /Carrier:** | Kuehne+Nagel, Inc. d/b/a Blue Anchor America Line |
| **Bill of Lading/Waybill No.:** | BANQSZX1671271 4363-9188-010.459 and BANQSZX1671279 4363-9188-010.460 |
| **Container No(s).:** | BSIU9937946 |
| **Consignee:** | Deckers Outdoor Corp. |
| **Place of Receipt:** | Yantian |
| **Port of Loading:** | Yantian |
| **Port of Discharge:** | Long Beach, CA |
| **Port of Delivery:** | Long Beach, CA |
| **Vessel/Voyage:** | M/V ONE APUS 006E |
| **Date of Shipment:** | 19.11.2020 |
| **Description of Goods:** | Footwear |
| **Nature of Loss:** | Non-delivery and/or physical or damage |
| **Amount of Loss:** | $196,192.00 |